### KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

June 11, 2008

**BY FACSIMILE**

Honorable Jose L. Linares
United States District Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **USA v. Richard Stadtmauer, Cr. 05-249**

Dear Judge Linares:

 We respectfully request that the Court issue an order permitting representatives of NorthStar Lit to remove the trial presentation equipment from the Courtroom on June 16, 2008.

 Thank you for your consideration.

             Respectfully submitted,

             Megan L. Brackney

cc: Thomas Eicher, AUSA

**SO ORDERED:**
**DATED:** 6-12-08