UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------ x
UNITED STATES OF AMERICA        :   Criminal No. 05-249 (JLL)
                                :
   v.                           :   **ORDER AMENDING**
                                :   **BAIL CONDITIONS**
Stanley Bekritsky               :
                                :
------------------------------ x

**THIS MATTER** having been opened to the court by Richard Schaeffer, Esq., Dornbush Schaeffer Strongin & Venaglia, LLP, attorneys for Stanley Bekritsky and with the consent of the United States Attorney for the District of New Jersey (Rachel Honig, Assistant United States Attorney) for an Order granting Stanley Bekritsky permission to travel outside the country and for return of his passport for that travel.

**IT IS** on this 26th day of March, 2009,

**ORDERED THAT defendant Stanley Bekritsky:**

1. May travel to Israel from April 21 to May 3, 2009;

2. Shall have his passport returned to him before April 21, 2009 for the purpose of the travel to Israel; and

3. Shall return the passport to the custody of the Office of Pretrial Services within five (5) days of his return.

SO ORDERED:

_____
Jose L. Linares, U.S.D.J.

186613.1