UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x
UNITED STATES OF AMERICA        :    Criminal No. 05-249 (JLL)

v.                              :    **ORDER**

Stanley Bekritsky                :

------------------------------x

**THIS MATTER** having been opened to the court by Richard Schaeffer, Esq., Dornbush Schaeffer Strongin & Venaglia, LLP, attorneys for Stanley Bekritsky, for an Order directing the United States Pretrial Services Agency for the District of New Jersey to return Mr. Bekritsky's United States passport to Mr. Bekritsky.

**IT IS**, on this /27th day of May, 2009,

**ORDERED** that the United States Pretrial Services for the District of New Jersey return Mr. Bekritsky's United States passport to Mr. Bekritsky within five (5) days of this Order.

SO ORDERED:

_____
Jose L. Linares, U.S.D.J.

187180.1