UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-249 (JLL) |
| v. | Hon. Jose L. Linares |
| STANLEY BEKRITSKY | **ORDER TERMINATING PROBATION** |

**THIS MATTER** having been opened to the court by Richard Schaeffer, Esq., Dornbush Schaeffer Strongin & Venaglia, LLP, attorneys for Stanley Bekritsky, for an application for early termination of probation pursuant to 18 U.S.C. § 3564(c).

**IT IS** on this _9th_ day of May, 2011,

**ORDERED THAT** the application is GRANTED and Defendant Stanley Bekritsky's period of probation is hereby terminated.

**SO ORDERED:**

_____
Jose L. Linares, U.S.D.J.

195123.1